**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
**DermSource, Inc.,**

        Plaintiff,

-V-

**CityMedRx, LLC, Robert Abaev, and David Abaev,**

        Defendants.
----------------------------------------------------------X

FILED
CLERK

1/24/2023 2:28 pm

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**RECUSAL ORDER**

23-cv-00281 (JS)(JMW)

**WICKS, Magistrate Judge**

    The undersigned hereby recuses himself from the above entitled case pursuant to 28 U.S.C., Section 455 (a) and it is requested that the Clerk of the Court reassign this case to another Magistrate Judge in the ordinary course of business.

                          **SO ORDERED**:

                          s/ James M. Wicks
                          JAMES M. WICKS
                          United States Magistrate Judge

Dated:    January 24, 2023