```
                                                        FILED
                                                  IN CLERK'S OFFICE
                                              U.S. DISTRICT COURT E.D.N.Y.

                                              ★    JAN 26 2023      ★
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                        LONG ISLAND OFFICE
-----------------------------------------------------------x
DERMSOURCE, INC.,                          :
                                           :   Case No. 2:23-cv-281(JS) (AYS)
                    Plaintiff,             :
                                           :   SO ORDERED STIPULATION
      - against -                          :   VOLUNTARILY DISMISSING
                                           :   CASE AND VACATING
CITYMEDRX, LLC, ROBERT ABAEV, and          :   TEMPORARY
DAVID ABAEV,                               :   RESTRAINING ORDER
                                           :
                    Defendants.            :
                                           :
-----------------------------------------------------------x
```

WHEREAS, Plaintiff DermSource, Inc. ("Plaintiff" or "DermSource") commenced the above-captioned case (the "Action") alleging various acts of wrongdoing by Defendants CityMedRx, LLC, Robert Abaev, and David Abaev (collectively, "Defendants" or "CityMed");

WHEREAS, Defendants hereby deny each and every allegation of wrongdoing asserted by Plaintiff, assert that they have valid defenses against Plaintiff's claims;

WHEREAS, pursuant to a Confidential Settlement Agreement dated on or about January 25, 2023 (the "Settlement Agreement"), Plaintiff and Defendants have resolved the claims raised in the Action and the disputes between them, with no party admitting the veracity of such claims or disputes, or admitting liability;

NOW, THEREFORE, in order to resolve the Action and the disputes between the parties:

IT IS HEREBY STIPULATED AND AGREED, by any among the parties to the Action and their respective counsel, as follows:

1. The Action is voluntarily dismissed, without prejudice, against defendants CityMedRx, LLC, Robert Abaev, and David Abaev, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. The temporary restraining Order granted in this Court's January 18, 2023 Order to Show Cause with Temporary Restraining (the "TRO") be and hereby is vacated and dissolved.

3. The Court shall retain jurisdiction over this matter and the parties hereto for the purposes of enforcing the Settlement Agreement in accordance with the terms set forth therein.

4. The parties request that the Court "so order" this Stipulation of Voluntarily Dismissing Action and Vacating Temporary Restraining Order so as to effectuate the terms herein, including but not limited to the vacatur and dissolution of the TRO as set forth above.

5. This Stipulation may be executed in counterparts, each of which together shall constitute one (1) agreement.

6. For purposes of this Stipulation, copies – electronic or otherwise – shall have the same force and effect as originals.

*[Signatures appear on the pages below.]*

Dated: January 25, 2023

MILMAN LABUDA LAW GROUP PLLC

By: /s/ Emanuel Kataev
Emanuel Kataev, Esq.
*Attorneys for Plaintiff DermSource, Inc.*

3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042-1073
Ph.: 516-328-8899
Direct: 516-303-1395
emanuel@mllaborlaw.com

Dated: January ___, 2023

KURZMAN EISENBERG CORBIN & LEVER, LLP

By:_____
Bruce W. Bieber, Esq.
*Attorneys for Defendants CityMedRx, LLC,*
*Robert Abaev, and David Abaev*
One North Broadway, 12th Floor
White Plains, New York 10601
Ph.: 914-285-9800
Direct: 914-993-6053
bbieber@kelaw.com

3

Dated: January ___, 2023

MILMAN LABUDA LAW GROUP PLLC

By:_____
   Emanuel Kataev, Esq.
*Attorneys for Plaintiff DermSource, Inc.*

3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042-1073
Ph.: 516-328-8899
Direct: 516-303-1395
emanuel@mllaborlaw.com

Dated: January 25, 2023

KURZMAN EISENBERG CORBIN & LEVER, LLP

By: /s/ Bruce W. Bieber
   Bruce W. Bieber, Esq.
*Attorneys for Defendants CityMedRx, LLC,*
 *Robert Abaev, and David Abaev*
One North Broadway, 12th Floor
White Plains, New York 10601
Ph.: 914-285-9800
Direct: 914-993-6053
bbieber@kelaw.com

DermSource, Inc.

By:_____
Name:
Title:

CityMedRx, LLC

By: *Robert Abaev* (signature)
Name: ROBERT ABAEV
Title: CEO

_____ (signature)
Robert Abaev

_____ (signature)
David Abaev

SO ORDERED: 1/____/2023

_____
Joanna Seybert, U.S.D.J.

4

| DermSource, Inc. | CityMedRx, LLC |
|---|---|
| By: _____ | By: _____ |
| Name: Yuriy Davydov | Name: |
| Title: President | Title: |

_____
Robert Abaev

_____
David Abaev

SO ORDERED: 1/26/2023

___S/ Joanna Seybert___
Joanna Seybert, U.S.D.J.

4